*Arthur J. Riccio, Jr.,* in opposition.

Decided November 7, 1996

## IN RE SONCHERAY H. ET AL.

The respondent's petition for certification for appeal from the Appellate Court, 42 Conn. App. 664 (AC 15332), is denied.

*Sharon A. Peters,* in support of the petition.

*Linda Pearce Prestley,* assistant attorney general, in opposition.

Decided November 7, 1996

## STATE BOARD OF LABOR RELATIONS *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

## STATE BOARD OF MEDIATION AND ARBITRATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 133 (AC 14410/14411), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that grievance arbitration proceedings before the state board of mediation and arbitration are not 'meetings' within the meaning of General Statutes § 1-18a (b)?"

The Supreme Court docket number is SC 15565.

*Mitchell W. Pearlman,* general counsel, and *Victor Perpetua,* appellate attorney, in support of the petition.